MARY A. O'BRIEN, PROSECUTOR, v. ALBERT A. FREY AND LOUIS F. BUTTNER, ESQUIRE, RECORDER OF THE BOROUGH OF KEANSBURG, COUNTY OF MONMOUTH, STATE OF NEW JERSEY, RESPONDENTS.

Argued January 22, 1926—Decided May 11, 1926.

On application for writ of *certiorari*.

Before Justices TRENCHARD and KATZENBACH.

For the prosecutor, *Karkus & Karkus*.

For the respondents, *Leo J. Warwick*.

PER CURIAM.

Our examination of the affidavits discloses that there is presented by the applicant for consideration a fairly debatable question, and, accordingly, the writ of *certiorari* will be allowed.